FILED

08/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0206

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-20-206

BRENT YAGER, )
)
    Plaintiff/Appellant, )
)
vs. )
)
DEPARTMENT OF LABOR AND )
INDUSTRY, UNEMPLOYMENT )
INSURANCE APPEALS BOARD, )
STATE OF MONTANA )
DEPARTMENT OF HEALTH )
AND HUMAN SERVICES, )
)
    Defendant/Appellee. )

## ORDER GRANTING APPELLANT'S UNOPPOSED RULE 16 MOTION TO VOLUNTARILY DISMISS

Upon consideration of Appellant's Unopposed Rule 16 Motion to Voluntarily Dismiss, and good cause appearing therefore,

IT IS HEREBY ORDERED that the foregoing appeal is dismissed in its entirety.

Dated this _____ day of August, 2020.

_____
Montana Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2020